UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WEBB-LOVELACE ET AL                                    CIVIL ACTION

VERSUS                                                 NO: 10-2963

SECURITY AUSTIN RISK AMG, LLC                          SECTION: "J"

ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, within sixty days, to seek summary judgment enforcing the compromise if it is not consummated by that time.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 9th day of May, 2011

_____
UNITED STATES DISTRICT JUDGE