UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GALE WEBB-LOVELACE, wife of'/and JAMES R. LOVELACE, Plaintiffs <br><br> VERSUS <br><br> AIR SERV SECURITY, INC. d/b/a INTERNATIONAL RAM & ASSOCIATES, Defendant | CIVIL ACTION NO. 10-2963 <br><br> SECTION: "J" <br><br> JUDGE CARL BARIER <br><br> MAGISTRACE JUDGE: SALLY SHUSHAN |

## ORDER

Considering the foregoing Motion to Dismiss With Prejudice  (Rec. Doc. 36);

**IT IS ORDERED** that this matter be and is hereby **DISMISSED WITH PREJUDICE,** each party to bear its own costs.

New Orleans, Louisiana, this 19th day of _____July_____, 2011.

_____
United States District Judge

{N2296139.1}